■ FRANKLIN REYES-DIAZ, Respondent, v QUEST DIAGNOSTIC INCORPORATED et al., Appellants. [999 NYS2d 98]—

In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Kings County (Rothenberg, J.), dated October 9, 2013, which granted the plaintiff's motion for summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

The plaintiff allegedly sustained personal injuries when he was involved in an automobile accident with a vehicle owned by the defendant Quest Diagnostic Incorporated and operated by the defendant Robert Caldwell. The plaintiff commenced this action against the defendants to recover damages for personal injuries, and subsequently moved for summary judgment on the issue of liability, contending that Caldwell's violation of Vehicle and Traffic Law §§ 1128 (a) and 1163 was the sole proximate cause of the accident. The Supreme Court granted the plaintiff's motion, and the defendants appeal.

The plaintiff established his prima facie entitlement to judgment as a matter of law on the issue of liability by demonstrating that Caldwell violated Vehicle and Traffic Law §§ 1128 (a) and 1163 and that he was free from comparative fault (*see Walker v Patrix Trucking NY Corp.*, 115 AD3d 943 [2014]; *Ducie*

*v Ippolito,* 95 AD3d 1067, 1068 [2012]). In opposition, the defendants failed to raise a triable issue of fact.

Accordingly, the Supreme Court properly granted the plaintiff's motion for summary judgment on the issue of liability. Balkin, J.P., Leventhal, Hall and Hinds-Radix, JJ., concur.